IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 05-cr-00013-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON PAUL DAFLER,

    Defendant.

_____

**ORDER**
_____

    This matter is before me on the motion of the Defendant to have the United States Marshal Service provide him needed eyeglasses. Following hearing and consultation with the United States Marshal Service, I am sufficiently advised and order that the United States Marshal Service shall schedule an eye examination for the Defendant, Aaron Paul Dafler, and, if prescribed following that examination, obtain eyeglasses for the Defendant.

    DATED at Denver, Colorado, on June 30, 2009.

                                                  BY THE COURT:

                                                  s/ Walker D. Miller
                                                  United States Senior District Judge