IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  05-cr-00013-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON PAUL DAFLER,

    Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Supervised release violation hearing will be held **December 21, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 2, 2010

                                              s/ Jane Trexler, Judicial Assistant